Dear Judge Randa:  8/4/03

Case # 03-cv-599

I apologize for sending you a letter as opposed to a formal motion however, I have been placed in the "hole" or SHU (special housing unit) at FCI-Waseca for protective custody absent any hearing whatsoever in violation of BOP policy and my Constitutional Rights.

As you may know I was indicted by the State of IL. 25 days prior to my halfway house date for my role in victim Michael Peischl's losses.

Peischl was a victim agent Poulastides was aware of in my Fed case as far back as December 1996.

Peischl and my relationship was known to IL authorities since at least 2000.

I was indicted in IL in violation of Speedy Trial and Due Process.

The indictment has caused me to loose eligibility for the 1 year sentence reduction under §3621(e) adding 18 back onto my sentence.

I had already completed the class when this occured

I filed a §2241 Writ of Habeas Corpus stating Due Process violations and Liberty interests.

A detainer came into the FCI Waseca institution on May 19 and on May 20 my eligibility was removed absent any procedural safeguards violating Due Process WOLFF v MCDONNELL

ALAS my trip to the SHU courtesy Warden T.C. Catlow.

Back to the §2241 filed in your Court (3 or 4 times).

Attorney Brown submitted a bare bones petition requesting he be allowed to supplement at a later date.

This Court accepted the §2241 and ordered the government to respond.

The government responded and the Court dismissed the petition without allowing a supplement and without notifying me.

Did Brown notify me?  No!

Did Brown appeal the dismissal as required?

I wish to inform this Court that I will be appealing the dismissal of my § 2255.

I am notifying to the best of my ability given the fact that I am confined in the SHU.

Thank you

Todd O. Coy

A plea agreement that is not signed knowingly or intelligently violates Due Process.
An improperly medicated manic depressive known to be such by his attorney cannot sign a knowing and intelligent plea.
My attorney, the attorney who signed my plea never obtained or reviewed my 7000 pieces of discovery.
Attorney Silits <u>never</u> signed the plea.
Our supplement would have stated as much given an opportunity.

Please forward a copy to the U.S. Attorneys Office.